```
              UNITED STATES DISTRICT COURT FOR THE
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

                                                  10-cr-111-01-JD

    v.                          Criminal No. 10-cr-110-01-JD

Jeffrey Merrill

## O R D E R

The assented to motion to reschedule jury trial (document no. 12 ) filed by the government is granted; Trial is continued to the two-week period beginning February 15, 2011, 09:30.  Continuance limited to 60 days in the interest of justice so that the defendant can undergo a mental evaluation.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              ***/s/Joseph A. DiClerico, Jr.***
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date:  December 7, 2010

cc:  Mark A. Irish, AUSA
     Alexander R. Cain, Esq.
     U.S. Marshal
     U.S. Probation