UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                            Criminal Nos. 10-cr-110-01-JD
                                            10-cr-111-01-JD

<u>Jeffrey Merrill</u>

<u>O R D E R</u>

    The assented to motions to reschedule the jury trials (document nos. 19 and 17 respectively) filed by defendant are granted; Trials are continued to the two-week period beginning April 19, 2011, at 9:30 a.m.

    Defendant shall file a waivers of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motions.

    SO ORDERED.

                                                  <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                  Joseph A. DiClerico, Jr.
                                                  United States District Judge

Date: February 7, 2011

cc: Mark Irish, AUSA
      Alexander R. Cain, Esq.
      U.S. Marshal
      U.S. Probation